# Jeffrey A. Rothman
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

May 13, 2021

**By ECF To:**
Honorable John P. Cronan, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    <u>Nelson and Luna v. City of New York, et al.</u>, 18 Civ. 4636 (JPC) (SDA)

Dear Judge Cronan:

     The parties jointly write this status letter pursuant to the Court's Order of April 22, 2021 (docket # 129). The parties participated in a lengthy settlement conference with Judge Aaron on May 10, 2021. Judge Aaron has made settlement proposals to the parties, and has instructed the parties to respond to them by June 21, 2021, in light of the time needed by the State Defendants in order to obtain the authority necessary to respond. It was the parties' understanding that Judge Aaron would be requesting that Your Honor stay discovery through June 21, 2021, to avoid any further expenditure of time or money until his settlement proposals are responded to. The parties jointly respectfully request that Your Honor so stay discovery through June 21, 2021 for this reason.

     The parties thank the Court for its consideration in this matter.

     Respectfully submitted,

The parties' request is granted. Discovery in this case remains stayed through June 21, 2021.

           /S/
     Jeffrey A. Rothman
SO ORDERED.
     *Attorney for Plaintiffs*
     305 Broadway, Suite 100
Date: May 13, 2021
     New York, New York 10007
     New York, New York

JOHN P. CRONAN
United States District Judge

           /S/
     Bruce J. Turkle
     Assistant Attorney General
     Office of the NY State Attorney General

*Attorney for the DOCCS Defendants*
28 Liberty Street, 18th Floor
New York, New York 10005

      /S/
Niki Bargueiras
Senior Counsel
New York City Law Department
*Attorney for the City Defendants*
100 Church Street
New York, New York 10007