UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                      :

MICHAEL NELSON *et al.*,                         :

                         Plaintiffs,              :          18 Civ. 4636 (JPC) (SDA)

             -v-                            :          <u>ORDER</u>

CITY OF NEW YORK *et al.*,                    :

                         Defendants.         :
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The deadline to complete discovery in this action is November 30, 2021. Dkt. 135. The parties shall submit a joint status letter after the completion of discovery by December 7, 2021. If either party anticipates moving for summary judgment, the parties shall include this request in the joint status letter and provide a basis for summary judgment, basis for opposing summary judgment, and a proposed briefing schedule.

       SO ORDERED.

Dated: November 29, 2021
       New York, New York

                                                      JOHN P. CRONAN
                                              United States District Judge